THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUSTAVE DEBREE, | : |
| Plaintiff, | : |
| v. | : 3:20-CV-247 |
| | : (JUDGE MARIANI) |
| AMERICAN STATES INSURANCE COMPANY | : |
| Defendant. | : |

## ORDER

The background of this Order is as follows:

On March 31, 2020, Defendant filed a Motion to Dismiss Count Three of Plaintiff's Complaint (Doc. 6). The motion was subsequently referred to Magistrate Judge Carlson, who issued a Report and Recommendation ("R&R") (Doc. 29) on March 1, 2021, recommending that Defendant's motion be granted, but with leave to amend. No party filed objections to Magistrate Judge Carlson's R&R. However, on March 24, 2021, Plaintiff filed an Amended Complaint (Doc. 30).

**ACCORDINGLY, THIS 31ST DAY OF MARCH, 2021,** upon review of Magistrate Judge Carlson's R&R (Doc. 29) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 29) is **ADOPTED** for the reasons set forth therein.

2. Defendant's Motion to Dismiss Count Three of Plaintiff's Complaint (Doc. 6) is **GRANTED**. Count III of Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to amend the Complaint.

3. As Plaintiff submitted an Amended Complaint (Doc. 30) on March 24, 2021, the Court deems an Amended Complaint to have been filed.

*[signature]*

Robert D. Mariani
United States District Judge