IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GUSTAVE DEBREE, | : | No. 3:20cv247 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| AMERICAN STATES INSURANCE COMPANY, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 30th day of July 2024, the Defendant American States Insurance Company's motion for partial summary judgment (Doc. 52) is hereby **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court